UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRESTON MILLION, et al.,<br><br>        Plaintiffs,<br><br>   -against-<br><br>LOTTERY.COM INC., formerly known as TRIDENT ACQUISITIONS CORP., et al.,<br><br>        Defendants. | Case No. 1:22-cv-07111 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "[n]ot later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added). Accordingly, IT IS HEREBY ORDERED that Plaintiff shall certify whether such notice has been timely given in the Joint Letter to be filed with the Court pursuant to the Court's September 22, 2022 Reassignment Order.

Dated: September 29, 2022
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge