**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: LOTTERY.COM, INC. SECURITIES
LITIGATION

Civil Action No.: 1:22-cv-07111 (JLR)

**NOTICE OF MOTION TO DISMISS THE**
**AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that Defendant Lottery.com, Inc. ("Lottery.com")

respectfully moves this Court, before the Honorable Jennifer L. Rochon, at the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl St., New York, New York, for an order

dismissing the Amended Class Action Complaint [ECF No. 52] (the "ACAC") as to

Lottery.com, with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and

the Private Securities Litigation Reform Act of 1995, 78 U.S.C. §78u-4, because the ACAC fails

to state a claim against Lottery.com upon which relief can be grated.  This Motion is supported

by the accompanying Memorandum of Law, dated April 3, 2023, and the Declaration of Amar

Ali dated April 3, 2023.

7301245

**PLEASE TAKE FURTHER NOTICE**, that oral argument, if any, will be held on a date and at a time to be designated by the court.

Dated: New York, New York
April 3, 2023

Respectfully submitted,

**KELLY HART & HALLMAN LLP**
Lars L. Berg, *Admitted Pro Hac Vice*
Texas State Bar No. 00787072
lars.berg@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 878-3503
Facsimile: (817) 878-9280
*/s/ Lars L. Berg*


**PORZIO, BROMBERG & NEWMAN, P.C.**
Steven P. Benenson
State Bar No.: 5878773
SPBenenson@pbnlaw.com
1675 Broadway, Suite 1810
New York, NY  10019
(212) 265-6888 phone
(212) 957-3983 fax
*/s/ Steven P. Benenson*
*Counsel for Defendant, Lottery.com, Inc.*

2

7301245

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 3, 2023, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will send automatic electronic notice to all counsel of record in this case.

*/s/ Steven P. Benenson*
Steven P. Benenson

7301245