*In re Lottery.com Securities Litigation,* Civil Action No.: 1:22-cv-07111 (JLR)
Chart of Allegedly False and Misleading Statements in Amended Class Action Complaint[1]

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| 1 | ¶ 62 | Form 10-K | April 1, 2022 | "We rely on technology services to closely monitor and track amendments, additions, and impositions of regulations in all jurisdictions regarding the authorization of lottery and work to maintain effective relationships with applicable legislative and regulatory authorities in each jurisdiction in which we operate or anticipate operating in.  We use this information in the development of our strategic expansion and growth framework and model, but additionally, and importantly, to create strong working relationships with the regulatory authorities in the jurisdictions in which we do business, to ensure transparent regulatory compliance and promise each jurisdiction's objective for economic benefit through the sale of lottery games." | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E)<br><br>• No underlying violation of law pled with particularity (§ III.F)<br><br>• Non-actionable puffery (§ III.H) |
| 2 | ¶ 62 | Form 10-K | April 1, 2022 | "[We] believe that we are in compliance with all material domestic and international laws and regulatory requirements applicable to our business . . . ." | • No underlying violation of law pled with particularity (§ III.A)<br><br>• No allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C) |

---

[1] All emphases are as they appear in the ACAC.

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | | • No viable omissions theory pled (§ III.E)<br><br>• Non-actionable statement of opinion under *Omnicare* (§ III.G) |
| 3 | ¶¶ 62 | Form 8-K | November 23, 2020 | "Lottery.com has been a pioneer in the lottery industry, working closely with state regulators to advance the industry into the digital age." | • Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E)<br><br>• No underlying violation of law pled with particularity (§ III.F)<br><br>• Non-actionable puffery (§ III.H) |
| 4 | ¶ 74 | Form 8-K | November 23, 2020 | "Trident Acquisitions Corp. (NASDAQ: TDACU, TDAC, TDACW) ("Trident"), announced that it has entered into a binding letter of intent ("LOI") for a business combination transaction with Lottery.com, which would result in Lottery.com (the "Company") becoming a publicly traded company on The Nasdaq Stock Market.<br><br>\*\*\*<br><br>***Lottery.com has been a pioneer in the lottery industry, working closely with state regulators to advance the industry into the digital age.*** Through its online platform, Lottery.com is providing official lottery games increased revenues and better regulatory capabilities by developing innovative blockchain technology, while also capturing untapped market share, including Millennial players. The platform is currently live in | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | the Company's home state of Texas and nine other U.S. states with expansion plans into more than 20 U.S. states and several new countries in 2021. Additionally, the Company is the only lottery platform authorized to sell Powerball tickets in 148 countries, with rapid international expansion plans for next year. Lottery.com's ultimate vision is becoming a global lottery marketplace.<br><br>***<br><br>Lottery.com is an Austin, TX-based company enabling consumers to play state-sanctioned lottery games from their home or on the go. ***The Company works closely with state regulators to advance the lottery industry, providing increased revenues and better regulatory capabilities, while capturing untapped market share, including millennial players.*** Lottery.com is also gamifying charitable giving to fundamentally change how non-profits engage with their donors and raise funds." | • No underlying violation of law pled with particularity (§ III.F)<br><br>• Non-actionable puffery (§ III.H) |
| 5 | ¶ 75 | Forms 8-K | February 8, 2021<br>February 22, 2021<br>March 22, 2021<br>April 5, 2021<br>April 12, 2021<br>April 21, 2021<br>April 27, 2021<br>June 9, 2021 | "The Company works closely with state regulators to advance the lottery industry, providing increased revenues and better regulatory capabilities, while capturing untapped market share, including millennial players." | • Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.D)<br><br>• No underlying violation of law pled with particularity (§ III.F)<br><br>• Non-actionable puffery (§ III.H) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| 6 | ¶ 78 | Proxy on Form 424B3 | October 18, 2021 | *"Regulatory and Compliance Risks*<br><br>**There is no certainty that in the future a jurisdiction will not enact, amend, or reinterpret laws and regulations governing our operations in ways that impair our revenues, cause us to incur additional legal and compliance costs and other operating expenses, or are otherwise not favorable to our existing operations or planned growth, all of which may have a material adverse effect on us or our results of operations, cash flow, or financial condition.**<br><br>Our business is subject to extensive regulation by multiple domestic and foreign governmental authorities and the laws and regulations governing companies conducting sweepstakes and lottery related operations on the Internet and over mobile networks and purchasing of lottery tickets on behalf of others. Such laws and regulations within the U.S. and international jurisdictions are subject to change and the effect of such changes on our ongoing and potential operations cannot be predicted with certainty. Governmental authorities continually evaluate a wide range of issues that impact the mobile and online lottery and gaming industries. Accordingly, there can be no guarantee that in the future a jurisdiction will not enact, amend, or reinterpret laws and regulations governing our operations in ways that impair our revenues, cause us to incur additional legal and compliance costs and other operating expenses, or are otherwise not favorable to our existing operations or planned growth, all of which may have a material adverse effect on us or our results of operations, cash flow, or financial condition.<br><br>There have been several proposed state and federal bills to prohibit or restrict interactive or online lottery sales, some of which have been successful. For example, in 2015, the Minnesota legislature passed an amendment to the state's lottery law prohibiting the sale of scratch lottery tickets over the Internet. In certain jurisdictions, the sale of lottery tickets through couriers is expressly unlawful. For example, it is a Class 1 misdemeanor to operate a lottery ticket courier service within the Commonwealth of Virginia. We cannot assure you | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E)<br><br>• No underlying violation of law pled with particularity (§ III.F)<br><br>• Non-actionable puffery (§ III.H) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | that laws restricting the sale of lottery tickets via the Internet, through mobile networks or by courier, or that otherwise materially impact our operations, including those relating to sweepstakes, will not be proposed or passed in the future at either the federal or state level or by international governments. Any proposal or passage of such laws may reduce our revenues or require us to expend a significant amount of our funds and resources and incur additional legal and other expenses, thereby creating a material adverse effect on us or our results of operations, cash flow, or financial condition.<br><br>***<br><br>**Our business model and the conduct of our operations may have to vary in each U.S. jurisdiction where we do business to address the unique features of applicable law to ensure we remain in compliance with that jurisdiction's laws. Our failure to adequately do so may have an adverse impact on our business, financial condition, and results of operations.**<br><br>Lottery laws vary from U.S. jurisdiction to U.S. jurisdiction. This means that our business model and the conduct of our operations may have to vary in each jurisdiction where we do business to ensure we remain in compliance with applicable laws. For example, some jurisdictions in the U.S. prohibit lottery ticket courier services, while some jurisdictions in the U.S. prohibit charging certain fees to the user, and further still, some jurisdictions in the U.S. require us to be licensed or registered, which will require us to incur certain costs in connection with the licensing or registration process. In each jurisdiction in the U.S., we may be required to structure our business model and conduct our operations to address the unique features of applicable law.<br><br>Many of the U.S. jurisdictions in which we currently do business or anticipate doing business require that lottery game tickets to be sold only by licensed retailers and prohibit sale or resale of lottery games at prices in excess of the purchase price designated by the applicable regulatory authority. Because lottery games are typically considered bearer instruments, we | |

5

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | can purchase tickets on behalf of our users and customers and charge certain service fees within the limits of the applicable laws in each U.S. jurisdiction. In most cases, with Virginia being a notable exception, the laws do not specifically prohibit users from engaging our services to purchase lottery games on their behalf. However, certain types of fees are prohibited in certain jurisdictions. For example, Pennsylvania prohibits "any fee associated with the acquisition or transportation of lottery tickets or shares" and Illinois law prohibits service charges, handling fees or other costs added to the established price of a ticket. In those states and other states with similar prohibitions, we will need to structure our business model to comply with the law, while still endeavoring to operate profitably.<br><br>If a U.S. jurisdiction prohibits our services, imposes onerous licensing or regulatory requirements, or imposes restrictions on the fees we charge, either by enacting new statutes or regulations or by reinterpreting existing statutes and regulations, such restrictions and requirements could have a material adverse effect on our results of operations, cash flow, or financial condition." | |
| 7 | ¶ 80 | Proxy on Form 424B3 | October 18, 2021 | "•   Public market-ready scale, profitability and favorable user distribution and network effect. Trident believes Lottery.com has reached critical mass as a highly valuable alternative for buying lottery tickets in brick-and-mortar stores, which in turn is driving significant revenue, EBITDA and net income growth. ***This year, Lottery.com is anticipated to generate more than US$70 million in revenue and more than $3 million in EBITDA*** . . . .<br><br>•   Fast growing business with strong execution, exceeding forecasts. Lottery.com is experiencing significant growth, and it has already booked US$5.5 million of total revenue for the 3-month period ending March 2021. This represents a 270% increase in total revenue year-on-year. ***Projections forecast US$70 million in revenue and more than $3 million in EBITDA for fiscal year 2021.*** The Projections forecast 750% FY19-FY21E Revenue CAGR. | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• Forward-looking statement subject to PSLRA safe harbor (§ III.D)<br><br>• No viable omissions theory pled (§ III.E) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | • High profit margin. Lottery.com is a pure-play, with an all fee-based business and zero balance sheet exposure. The Projections forecast a 32% FY21E Gross Profit margin and 5% FY21E EBITDA margin. Lottery.com has a 100% fee-based model that generates service fees for lottery ticket sales, as well as subscription fees and data set fees for selling lottery data. Trident views the fact that Lottery.com has modest exposure to debt as advantageous in the COVID-19 environment. Lottery.com is a pure play fast growing online gaming company in a high earnings multiple segment. Trident's board of directors believes that this capital-light, highly profitable business model with minimal credit or commodity risk will continue to generate strong margins and free cash flow." | |
| 8 | ¶ 83 | Press Release | October 21, 2021 | "AutoLotto, Inc., doing business as Lottery.com ("Lottery.com" or the "Company"), a leading technology company that is transforming how, where and when lottery is played, and Trident Acquisitions Corp. (Nasdaq: TDACU, TDAC, TDACW) ("Trident") today provided preliminary revenue results for Lottery.com's third quarter 2021, which are expected to be between $22.0 million and $24.0 million. This represents sequential revenue growth of greater than 135% compared to $9.3 million in the second quarter of 2021. The strong growth was driven by increased sales in the Company's B2B segment.<br><br>On a preliminary basis, revenue through the first nine months of 2021 is expected to be between $36.8 million and $38.8 million on a reported basis and $38.7 million and $40.7 million on a pro forma basis giving effect to the acquisition of 80% interests in JuegaLotto and Aganar, two companies with legalized lottery operations within Mexico. Through the first nine months of 2021, pro forma revenue is expected to be more than 270% above the full twelve months of 2020, after giving effect to the acquisition of the interests in JuegaLotto and Aganar." | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• Forward-looking statement subject to PSLRA safe harbor (§ III.D)<br><br>• No viable omissions theory pled (§ III.E) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| 9 | ¶ 85 | Press Release and Form 8-K | November 15, 2021 | "Third quarter 2021 revenue was $32.2 million, an increase of $30.6 million from the third quarter of 2020.  The growth was driven by the global affiliate marketing program.<br><br>***<br><br>The Company expects to meet or exceed its previous guidance of $71 million for full year 2021 revenue." | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• Forward-looking statement subject to PSLRA safe harbor (§ III.D)<br><br>• No viable omissions theory pled (§ III.E) |
| 10 | ¶ 87 | Form 10-Q | November 15, 2021 | "On April 12, 2021, the staff of the SEC issued a new Staff Statement on Accounting and Reporting Considerations for Warrants Issued by Special Purpose Acquisition Companies ('SPACs') (the 'SEC Statement'). The SEC Statement addresses certain accounting and reporting considerations related to warrants. In the SEC Statement, the staff of the SEC expressed its view that certain terms and conditions common to SPAC warrants may require the warrants to be classified as liabilities on the SPAC's balance sheet as opposed to equity. Based upon that evaluation and in light of the SEC Statement, our certifying officers concluded that, *due solely to the material weakness identified that resulted in the restatement of the Company's financial statements to reclassify the Company's Private Warrants and UPO Warrants as described in the Explanatory Note to the 10K/A, our disclosure controls and procedures were not effective as of September 30, 2021*.<br><br>***<br><br>Other than what was described in the 10-K/A*, there were no changes in our internal control over financial reporting (as* | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | *such term is defined in Rules 13a-15(f) and 15d-15(f) of the Exchange Act) during the most recent fiscal quarter that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting*. In light of the restatement of our financial statements included in the 10-K/A, we plan to enhance our processes to identify and appropriately apply applicable *accounting requirements to better evaluate and understand the nuances of the complex accounting standards that apply to our financial statements*. Our plans at this time include providing enhanced access to accounting literature, research materials and documents and increased communication among our personnel and third-party professionals with whom we consult regarding complex accounting applications. The elements of our remediation plan can only be accomplished over time, and we can offer no assurance that these initiatives will ultimately have the intended effects." | |
| 11 | ¶ 89 | Management's Discussion and Analysis attached to Form 8-K | November 15, 2021 | Description from ACAC:<br><br>"[A]lso on November 15, 2021, the Company attached a copy of AutoLotto, Inc.'s Management Discussion and Analysis of Financial Condition and Results of Operations to the Company's Form 8-K that day, which was signed by Kathryn Lever. Therein, Lottery disclosed that $32.25 million revenue for the quarter ended September 30, 2021 and reported that '[t]he increase in revenue was driven by several factors including a $30 million sale of affiliate marketing credits' during the quarter." | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E) |
| 12 | ¶ 91 | Press Release and Form 8-K<br><br>Form 10-K | March 31, 2022<br><br>April 1, 2022 | Description from ACAC:<br><br>"On March 31, 2022, the Company issued a press release, also filed as an attachment to a Form 8-K filed with the SEC on that date that was signed by Kathryn Lever. Therein, Lottery outed 'strong' financial results for the fourth quarter ('Q4') and full-year 2021. Among the information provided, the Company | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | reported revenue of $21.5 million for Q4 2021 (an increase of $18.2 million over the prior year period) and revenue of $68.5 million for the full year 2021 (an increase of $61 million over 2020). The Company also reported cash for Q4 2021 of $62.6 million – an increase of $58.8 million over the prior year period. Thereafter, on April 1, 2022, the Company filed with the SEC its Annual Report on Form 10-K for the year ended December 31, 2021. The annual report, which was signed by Defendants DiMatteo, Clemenson and Dickinson, reiterated the financial results released the prior day." | • Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E) |
| 13 | ¶ 93 | Form 10-K | April 1, 2022 | "In connection with the audits of our condensed consolidated financial statements included in this Annual Report, *our management has identified a material weakness in internal control over financial reporting as of December 31, 2021 and 2020 relating to deficiencies in the design and operation of the procedures relating to the closing of our financial statements*. These include: (i) our lack of a sufficient number of personnel with an appropriate level of knowledge and experience in accounting for complex or non-routine transactions, (ii) the fact that our policies and procedures with respect to the review, supervision and monitoring of our accounting and reporting functions were either not designed and in place or not operating effectively; (iii) the timely closing of financial books at the quarter and fiscal year end, and (iv) incomplete segregation of duties in certain types of transactions and processes.<br><br>*We have commenced measures to remediate the identified material weakness*, including (i) adding personnel with sufficient accounting knowledge; (ii) adopting a more rigorous period-end review process for financial reporting; (iii) adopting improved period close processes and accounting processes, and (iv) clearly defining and documenting the segregation of duties for certain transactions and processes. The implementation of our remediation is ongoing and will require validation and testing of the design and operating effectiveness of internal controls over a sustained period of financial reporting cycles. We may also conclude that | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | additional measures may be required to remediate the material weakness in our internal control over financial reporting." | |
| 14 | ¶ 95 | Press Release and Form 8-K | May 16, 2022 | Description from ACAC:<br><br>"Defendants reported that Lottery's 2022 fiscal first quarter revenues were $21.2 million, an increase of $15.7 million over the prior year period and cash of $50.8 million, up from $32.5 million over the prior year period." | • Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E) |
| 15 | ¶ 97 | Form 10-Q | May 16, 2022 | "Based on such evaluation, our Chief Executive Officer and Chief Financial Officer have concluded that, *as of the end of the period covered by this Quarterly Report, our disclosure controls and procedures were not effective due to the material weakness in our internal control over financial reporting with respect to our financial statement close and reporting process . . . .*<br><br>\*\*\*<br><br>Notwithstanding such material weakness in our internal control over financial reporting, our management concluded that *our condensed consolidated financial statements included in this Quarterly Report fairly present, in all material respects, our financial position*, results of operations and cash flows as of the dates and for the periods presented in conformity with GAAP." | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A)<br><br>• Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E) |
| 16 | ¶ 99 | Form 10-K<br><br>Forms 10-Q | April 1, 2022<br><br>November 15, 2021 | "1. I have reviewed this this Quarterly Report on Form 10-Q of Lottery.com Inc;<br><br>2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the | • Fails to specifically identify false statement (§ III.A)<br><br>• Fails to specifically identify why statement is false (§ III.A) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | May 16, 2022 | circumstances under which such statements were made, not misleading with respect to the period covered by this report;<br><br>3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;<br><br>4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:<br><br>(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;<br><br>(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;<br><br>(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation;<br><br>and | • Insufficient allegation of contemporaneous falsity (§ III.B)<br><br>• No scienter (§ III.C)<br><br>• No viable omissions theory pled (§ III.E) |

| Statement No. | ACAC. Paragraph(s) | Source | Date | Text or Description of Challenged Statement | Summary of Reasons Not Actionable (*See* Memorandum of Law) |
|---|---|---|---|---|---|
| | | | | (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and<br><br>5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):<br><br>(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and<br><br>(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting." | |