**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: LOTTERY.COM, INC. SECURITIES
LITIGATION

Civil Action No.: 1:22-cv-07111 (JLR)


**NOTICE OF MOTION TO DISMISS
PLAINTIFF HAROLD M. HOFFMAN'S
ORIGINAL COMPLAINT**


**PLEASE TAKE NOTICE,** that Defendant Lottery.com, Inc., ("Lottery.com")

respectfully moves for an order dismissing Plaintiff Harold M. Hoffman's Original Complaint

[Case No. 1:22-cv-10764, ECF No. 1] (the "Complaint") as to Lottery.com, with prejudice,

pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities

Litigation Reform Act of 1995, 78 U.S.C. §78u-4, because the Complaint fails to state a claim

against Lottery.com upon which relief can be grated.  This Motion is supported by the

accompanying Memorandum of Law, dated April 3, 2023, and the Declaration of Amar Ali

dated April 3, 2023.

7301188

**PLEASE TAKE FURTHER NOTICE**, that oral argument, if any, will be held on a

date and at a time to be designated by the court.

Dated:  New York, New York
         April 3, 2023

                                         Respectfully submitted,

                                         **KELLY HART & HALLMAN LLP**
                                         Lars L. Berg, *Admitted Pro Hac Vice*
                                         Texas State Bar No. 00787072
                                         lars.berg@kellyhart.com
                                         201 Main Street, Suite 2500
                                         Fort Worth, Texas 76102
                                         Telephone: (817) 878-3503
                                         Facsimile: (817) 878-9280
                                         */s/ Lars L. Berg*


                                         **PORZIO, BROMBERG & NEWMAN, P.C.**
                                         Steven P. Benenson
                                         State Bar No.: 5878773
                                         SPBenenson@pbnlaw.com
                                         1675 Broadway, Suite 1810
                                         New York, NY  10019
                                         (212) 265-6888 phone
                                         (212) 957-3983 fax
                                         */s/ Steven P. Benenson*
                                         *Counsel for Defendant, Lottery.com, Inc.*

2

7301188

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 3, 2023, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will send automatic electronic notice to all counsel of record in this case.

*/s/ Steven P. Benenson*
Steven P. Benenson

7301188