UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 1:22-cv-07111 (JLR) |

## DECLARATION OF AMAR ALI

Amar Ali hereby declares under penalty of perjury as follows:

1.      My name is Amar Ali.  I am over 21 years of age.  I am competent to make this Declaration.  I have personal knowledge of the facts stated in this Declaration, and they are true and correct.  I have never been convicted of a felony or a crime of moral turpitude.

2.      I am outside general counsel for Defendant Lottery.com, Inc. f/k/a Trident Acquisitions Corp. ("Lottery.com").  I respectfully submit this Declaration in support of Lottery.com's Motion to Dismiss Plaintiff Harold M. Hoffman's Original Complaint and to place the document referenced below before the Court.

3.      In connection with my duties as outside general counsel of Lottery.com, I am familiar with and have reviewed the Form 10-K for year ended December 31, 2021, that Lottery.com filed with the Securities and Exchange Commission ("SEC") on April 1, 2022 (the "Form 10-K").  A true and correct copy of the Form 10-K, downloaded from Lottery.com's website, is attached hereto as Exhibit 1.  Exhibit 1 is identical to the Form 10-K that Lottery.com filed with the SEC.

4.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2023.

_____
Amar Ali