**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 1:22-cv-07111 (JLR) <br> *ORAL ARGUMENT REQUESTED* |

**DEFENDANT ANTHONY DIMATTEO'S MOTION TO DISMISS PLAINTIFFS'**
**AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that Defendant Anthony DiMatteo hereby respectfully moves this Court, through the undersigned counsel, before the Honorable Jennifer L. Rochon, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by the Court, for an order dismissing Plaintiffs' Amended Class Action Complaint (ECF No. 52) in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 (PSLRA), because the Amended Complaint fails to state a claim upon which relief can be granted.[1]

The motion is supported by the accompanying Memorandum of Law, dated April 3, 2023.

Per the February 1, 2023 Scheduling Order (ECF No. 60), Plaintiffs' opposition to this Motion is due **May 18, 2023**, and Defendant DiMatteo's reply is due **June 20, 2023**.

Dated: April 3, 2023

Respectfully Submitted,

/s/ *Tara N. Tighe*
Tara N. Tighe (*pro hac vice*)
Danny C. Onorato (*pro hac vice*)
Schertler Onorato Mead & Sears
555 13th Street, N.W. | Suite 500 West
Washington, DC 20004
ttighe@schertlerlaw.com
donorato@schertlerlaw.com
Phone: (202) 628-4199
Fax: (202) 628-4177

---

[1] Defendant DiMatteo hereby adopts and incorporates by reference the motions filed by the other Defendants in this action to dismiss Plaintiffs' Amended Class Action Complaint.

1

2

*Counsel for Defendant Anthony DiMatteo*

## CERTIFICATE OF SERVICE

I, the undersigned, certify as follows:

I am not a party to the above case, and I am over 18 years old.

On April 3, 2023, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will serve automatic electronic notice to all counsel of record in this case.

I affirm under penalty of perjury that the foregoing is true and correct.

/s/ *Tara N. Tighe*
Tara N. Tighe