**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 1:22-cv-07111 (JLR) <br> *ORAL ARGUMENT REQUESTED* |

### DEFENDANT ANTHONY DIMATTEO'S MOTION TO DISMISS PLAINTFF HAROLD M. HOFFMAN'S COMPLAINT

PLEASE TAKE NOTICE that Defendant Anthony DiMatteo hereby respectfully moves this Court, through the undersigned counsel, before the Honorable Jennifer L. Rochon, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by the Court, for an order dismissing the Complaint filed by Plaintiff Harold M. Hoffman (ECF No. 1 in Case No. 1:22-cv-10764) in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 (PSLRA), because the Complaint fails to state a claim.[1]

On August 19, 2022, Plaintiff Preston Million filed a class action securities fraud complaint against Mr. DiMatteo and others. *See* Class Action Complaint (ECF No. 1 in Case No. 1:22-cv-07111). On December 21, 2022, Mr. Hoffman filed his own securities fraud complaint in a separate case. *See* Hoffman Complaint (ECF No. 1 in Case No. 1:22-cv-10764). Mr. Hoffman largely parroted the allegations in the class action complaint. *Id*. Additional Plaintiffs later joined the class action and filed an Amended Complaint on January 31, 2021. *See* Amended Class Action Complaint (ECF No. 52 in Case No. 1:22-cv-07111). Because Mr. Hoffman never served Mr. DiMatteo with his Complaint, Mr. DiMatteo never appeared in Case No. 1:22-cv-10764. However, the Court ultimately consolidated the Hoffman case into the class action and ordered the parties to

---

[1] Defendant DiMatteo hereby adopts and incorporates by reference the motions filed by the other Defendants in this action to dismiss Mr. Hoffman's Complaint.

1

adhere to the briefing schedule in the class action. *See* Consolidation Order, ECF No. 71. Accordingly, to promote expediency, economy, and preservation of judicial resources, Mr. DiMatteo hereby responds to Mr. Hoffman's Complaint and respectfully asks this Court to dismiss the Hoffman Complaint with prejudice because it fails to state a claim.

The motion is supported by the accompanying Memorandum of Law, dated April 3, 2023.

Per the February 1, 2023 Scheduling Order (ECF No. 60), Mr. Hoffman's opposition to this Motion is due **May 18, 2023**, and Defendant DiMatteo's reply is due **June 20, 2023**.

Dated: April 3, 2023

Respectfully Submitted,

/s/ *Tara N. Tighe*
Tara N. Tighe (*pro hac vice*)
Danny C. Onorato (*pro hac vice*)
Schertler Onorato Mead & Sears
555 13th Street, N.W. | Suite 500 West
Washington, DC 20004
ttighe@schertlerlaw.com
donorato@schertlerlaw.com
Phone: (202) 628-4199
Fax: (202) 628-4177
*Counsel for Defendant Anthony DiMatteo*
*Appearing Specially to Challenge Service*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify as follows:

I am not a party to the above case, and I am over 18 years old.

On April 3, 2023, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will serve automatic electronic notice to all counsel of record in this case.

I affirm under penalty of perjury that the foregoing is true and correct.


Executed on April 3, 2023.                              /s/ *Tara N. Tighe*
                                                        Tara N. Tighe

3