UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOTTERY.COM, INC. SECURITIES
LITIGATION

Case No. 1:22-cv-07111 (JLR)

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of their Motion to Dismiss the Amended Complaint (ECF No. 52) of the Putative Class Plaintiffs,

dated April 3, 2023, Defendants Matthew Clemenson and Ryan Dickinson will move this Court,

before the honorable Jennifer L. Rochon, at the United States District Court for the Southern

District of New York, on a time and date to be determined by the Court, for an Order dismissing

all claims against Defendants Clemenson and Dickinson under Federal Rule of Civil Procedure

12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u4.

Dated: New York, New York
April 3, 2023

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: *s/Franklin Monsour Jr.*
Franklin Monsour Jr.
51 West 52nd Street
New York, NY 10019
Tel. 212-506-3512
fmonsour@orrick.com

Aaron Brecher (admitted *pro hac vice*)
401 Union Street
Suite 3300
Seattle, WA 98101
Tel. 206-839-4332

*Attorneys for Defendants*
*Matthew Clemenson and Ryan Dickinson*

2