UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 1:22-cv-07111 (JLR)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of their Motion to Dismiss the Complaint (ECF No. 1, Case No. 1:22-cv-10764-JLR)) of the Plaintiff Harold M. Hoffman, dated April 3, 2023, Defendants Matthew Clemenson and Ryan Dickinson will move this Court, before the honorable Jennifer L. Rochon, at the United States District Court for the Southern District of New York, on a time and date to be determined by the Court, for an Order dismissing all claims against Defendants Clemenson and Dickinson under Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u4.

Dated: New York, New York
April 3, 2023

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        By: *s/Franklin Monsour Jr.*
           Franklin Monsour Jr.
           51 West 52nd Street
           New York, NY 10019
           Tel. 212-506-3512
           fmonsour@orrick.com

           Aaron Brecher (*pro hac vice* pending)
           401 Union Street
           Suite 3300
           Seattle, WA 98101
           Tel. 206-839-4332

*Attorneys for Defendants*
*Matthew Clemenson and Ryan Dickinson*