**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE LOTTERY.COM, INC.**<br>**SECURITIES LITIGATION** | **DOCKET NO.: 1:22-cv-07111 (JLR)** |

**MEMORANDUM OF PLAINTIFF HAROLD M. HOFFMAN**
**IN OPPOSITION TO MOTIONS TO DISMISS COMPLAINT**

### I.     Introduction

On March 10, 2023, to promote efficiency and to avoid duplication of claims and

defenses, the Court exercised its discretion under Rule 42(a), Fed. R. Civ. P., to

consolidate the case filed by Plaintiff Hoffman (Docket No. 22-cv-10764; hereinafter the

"Hoffman Action") with a related, earlier-filed, class action (Docket No. 22-cv-07111;

hereinafter the "Class Action"). The Court further directed that all future filings in the

consolidated case would be docketed only under 22-cv-07111 (JLR), and that the actions

would be collectively referred to and captioned as: *IN RE LOTTERY.COM, INC.*

*SECURITIES LITIGATION* (the "Consolidated Action").

### II.     The Motions to Dismiss

On April 3, 2023, pursuant to a previously promulgated schedule, Defendants

Lottery.com, Inc., Anthony DiMatteo, Matthew Clemenson, and Ryan Dickinson filed

1

six (6) separate motions in the Consolidated Action seeking to dismiss both the Class

Action and the Hoffman Action.

### 1.    The Lottery.com, Inc. Motions

● In D.E. #76, Defendant Lottery.com, Inc., moved to dismiss the Class Action.

● In D.E. #80, Defendant Lottery.com, Inc., moved to dismiss the Hoffman

Action.

The memoranda of law supporting each of these dismissal motions are virtually

identical. *Compare*, Memoranda *Tables of Contents*, D.E. #77, at p. i and D.E. #81, at p. i.

### 2.    The Anthony DiMatteo Motions

● In D.E. #85, Defendant DiMatteo moved to dismiss the Class Action.

● In D.E. #88, Defendant DiMatteo moved to dismiss the Hoffman Action.

The memoranda of law supporting each of these dismissal motions are virtually

identical. *Compare*, D.E. ##86 and 89.

### 3.    The Matthew Clemenson / Ryan Dickinson Motions

● In D.E. #91, Defendants Clemenson and Dickinson moved to dismiss the Class

Action.

● In D.E. #93, Defendants Clemenson and Dickinson moved to dismiss the

Hoffman Action.

The memoranda of law supporting each of these dismissal motions are virtually

identical. *Compare*, Memoranda *Tables of Contents*, D.E. #92, at p. i and D.E. #94, at p. i.

### III.    Duplication and Repetition Will Undermine the Efficiency Sought to be Achieved by Consolidation and Unnecessarily Enhance Judicial Burden

The Court ordered consolidation, above all, to sidestep wasteful duplication.

Defendants' motions to dismiss the Class Action advance the same arguments as their motions seeking dismissal of the Hoffman Action.[1]

All of Defendants' arguments seeking dismissal are comprehensively debunked in the responsive filings of class counsel.

Duplicating those arguments and repeating them in Hoffman's filings would pointlessly double the Court's workload, thereby undermining the very purpose sought to be achieved via consolidation.[2]

Accordingly, to assist in promoting the orderly management of this consolidated action, and to achieve "efficient coordination" of virtually identical motions to dismiss, Plaintiff Hoffman adopts all arguments advanced by class counsel in opposition to Defendants' motions. The filing by Hoffman of memoranda repeating those same arguments is unnecessary and counterproductive to the purpose of consolidation.

---

[1] Although class counsel filed an amended pleading – a strategy not adopted by Hoffman – the newly-added defendants named in the amended pleading have not been served with process and are not the present movants seeking dismissal.

[2] In their motion for consolidation (22-cv-10764; D.E. #24), Defendants contend that the claims and operative allegations in both actions before the Court are "substantially identical," and that consolidation will permit "efficient coordination" of all motions to dismiss.

## IV.    CONCLUSION

Plaintiff Hoffman will not burden the Court with three memoranda that mirror and duplicate the arguments advanced by class counsel. Nothing useful or efficient is achieved by duplicating class counsel's submissions in opposition; thereby having the Court needlessly devote time to reviewing duplicate legal arguments. Avoiding such an outcome undoubtedly formed the basis for the consolidation order.

Accordingly, for the reasons stated by class counsel in their memoranda opposing the dismissal motions filed by (1) Lottery.com, Inc., (2) Anthony DiMatteo, and (3) Matthew Clemenson / Ryan Dickinson – which mirror the motions filed by the same parties seeking dismissal of the Hoffman Complaint – we respectfully ask the Court to deny dismissal and to allow discovery to commence.

Dated: May 18, 2023

Respectfully submitted,
/s/ Harold M. Hoffman
Plaintiff *Pro Se*
Email: hoffman.esq@verizon.net
1715 East 13th Street, Suite 301
Brooklyn, NY 11229
T. 201-410-8223

4