UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 1:22-cv-07111 (JLR) |

**NOTICE OF DEFENDANT KATHERYN LEVER'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Jeffrey D. Rotenberg and documents appended thereto, and upon all prior proceedings, pleadings, and papers filed herein, defendant Kathryn Lever hereby moves this Court before the Honorable Jennifer L. Rochon, United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 20B, New York, NY 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, dismissing with prejudice all claims against Defendant Lever in Plaintiffs' Amended Class Action Complaint (ECF No. 52), and for such other relief as the Court deems just and proper.

In accordance with the Stipulation and Scheduling Order entered on July 20, 2023 (ECF No. 108), any opposition papers shall be filed on or before October 30, 2023, and any reply papers shall be filed on or before November 29, 2023.

Dated: September 15, 2023
      New York, New York

Respectfully submitted,

*s/ Jeffrey D. Rotenberg*
CLARK SMITH VILLAZOR LLP
Jeffrey D. Rotenberg
Michael K. Sala
250 West 55th Street, 30th Floor
New York, New York 10019
TEL: (212) 582-4400
FAX: (212) 377-0868
jeffrey.rotenberg@csvllp.com
michael.sala@csvllp.com

*Attorneys for Defendant Kathryn Lever*

2