UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOTTERY.COM, INC. SECURITIES
LITIGATION

Case No. 1:22-cv-07111 (JLR)

**DECLARATION OF JEFFREY D. ROTENBERG IN SUPPORT OF DEFENDANT
KATHRYN LEVER'S MOTION TO DISMISS**

I, JEFFREY D. ROTENBERG, declare pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the Bar of this Court, a partner of Clark Smith Villazor LLP, and counsel for Defendant Kathryn Lever.

2. I respectfully submit this Declaration in support of Defendant Lever's Memorandum of Law in Support of her Motion to Dismiss the Amended Class Action Complaint (ECF No. 52).

3. Attached as Exhibit 1 is a true and correct copy of Lottery.com's Current Report (Form 8-K), retrieved from the U.S. Securities and Exchange Commission's ("SEC") EDGAR database, filed on March 14, 2022.

4. Attached as Exhibit 2 is a true and correct copy of Lottery.com's Current Report (Form 8-K), retrieved from the SEC's EDGAR database, filed on July 15, 2022.

5. Attached as Exhibit 3 is a true and correct copy of Lottery.com's Notification of Late Filing (Form 12b-25), retrieved from the SEC's EDGAR database, filed on August 16, 2022.

6. Attached as Exhibit 4 is a true and correct copy of Lottery.com's Current Report (Form 8-K), retrieved from the SEC's EDGAR database, filed on September 9, 2022.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2

Executed:  September 15, 2023
        New York, New York

 s/ Jeffrey D. Rotenberg
CLARK SMITH VILLAZOR LLP
Jeffrey D. Rotenberg
250 West 55th Street, 30th Floor
New York, New York 10019
TEL: (212) 582-4400
FAX: (212) 377-0868
jeffrey.rotenberg@csvllp.com

*Attorneys for Defendant Kathryn Lever*