Jay K. Musoff (jmusoff@loeb.com)
John Piskora (jpiskora@loeb.com)
Alex Inman (ainman@loeb.com)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
*Attorneys for Defendant Vadim Komissarov*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
                :  Case No. 1:22-cv-07111-JLR

IN RE LOTTERY.COM, INC. SECURITIES  :
LITIGATION                                :
                                      :
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed memorandum of law, dated September 20, 2023; the Declaration of Jay K. Musoff, Esq., dated September 20, 2023 (with exhibits thereto); and all prior proceedings had herein, Defendant Vadim Komissarov, by his counsel Loeb & Loeb LLP, hereby moves this Court before the Honorable Jennifer L. Rochon, United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 20B, New York, NY 10007, at a date and time to be determined and set by the Court, for the entry of an Order: (i) dismissing Plaintiffs' Amended Class Action Complaint and each cause of action alleged therein as against Mr. Komissarov with prejudice for failure to state a legally-viable claim pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the heightened pleading requirements imposed by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4); or, in the alternative (ii) dismissing Plaintiffs' Amended Class Action Complaint as against Mr. Komissarov for the failure to effect timely service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant the Court's directives [Dkt. No. 110], opposition papers to the motion shall be filed with the Court on or before October 30, 2023, and reply papers shall be filed with the Court on or before November 29, 2023.

Dated:   September 20, 2023

**LOEB & LOEB LLP**


By: */s/ Jay K. Musoff*
     Jay K. Musoff
     John Piskora
     Alex Inman
     345 Park Avenue
     New York, New York 10154
     (212) 407-4000

*Attorneys for Defendant*
*Vadim Komissarov*

2