**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

IN RE LOTTERY.COM, INC. SECURITIES
LITIGATION

        :   Case No. 1:22-cv-07111-JLR
        :
        :
        :
        :

----------------------------------------------------------X

## DECLARATION OF JAY K. MUSOFF

I, JAY K. MUSOFF, hereby declare as follows:

1.      I am a member of Loeb & Loeb LLP, attorneys for Defendant Vadim Komissarov in this action.  I am fully familiar with the matters asserted herein and respectfully submit this declaration in support of Mr. Komissarov's motion for the entry of an Order: (i) dismissing Plaintiffs' Amended Class Action Complaint and each cause of action alleged therein as against Mr. Komissarov with prejudice for failure to state a legally-viable claim pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the heightened pleading requirements imposed by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4); or, in the alternative (ii) dismissing Plaintiffs' Amended Class Action Complaint as against Mr. Komissarov for the failure to effect timely service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

2.      Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' Amended Class Action Complaint [Dkt. No. 52], filed in this action on January 31, 2023.

3.      Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' Affidavit of Service related to their service of process upon Mr. Komissarov [Dkt. No. 103], filed in this action on July 6, 2023.

4.     Attached as **Exhibit 3** is a true and correct copy of Trident Acquisitions Corp.'s ("Trident") November, 19, 2020 press release entitled "Trident Acquisition Corp. Announces Binding Letter of Intent to Combine with Lottery.com."

5.     Attached as **Exhibit 4** is a true and correct copy of Trident's October 18, 2021 Proxy Statement (as defined in Plaintiffs' Amended Class Action Complaint, Ex. 1 at ¶ 4).

6.     Attached as **Exhibit 5** is a true and correct copy of Lottery.com Inc.'s Form 8-K filed with the Securities and Exchange Commission on July 6, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct.

Dated:   September 20, 2023

_/s/ Jay K. Musoff_____
                          Jay K. Musoff