# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 22 Civ. 07111 (JLR) |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Attached hereto is an Affidavit of Service confirming service of (i) Summons; (ii) Class Action Complaint; and (iii) supporting documents for the above-captioned action. Service of said documents were effected on Defendant Vadim Komissarov via personal service.

Dated: July 6, 2023            By: */s/ Casey E. Sadler*

**GLANCY PRONGAY & MURRAY LLP**
Casey E. Sadler (admitted *pro hac vice)*
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

*Counsel for Lead Plaintiffs RTD Bros LLC, Todd Benn, Tom Benn, and Tomasz Rzedzian and Lead Counsel for the Class*

**KIRBY McINERNEY LLP**
Andrew M. McNeela
Thomas W. Elrod
Ira M. Press
250 Park Avenue, Suite 820
New York, York 10177
Telephone: (212) 371-6600
Email: amcneela@kmllp.com
       telrod@kmllp.com
       ipress@kmllp.com

**BERGER MONTAGUE PC**
Sherrie R. Savett
Michael Dell'Angelo
Andrew D. Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net

1

mdellangelo@bm.net
aabramowitz@bm.net

*Counsel for Additional Plaintiff*

Andrew D. Abramowitz, Esquire
1818 Market Street, Suite 3600
Philadelphia 19103 PA
(215) 875-3000



## United Stated District Court
## In the Southern District of New York

RTD Bros LLC, et al.

V.

Lottery.Com, Inc., et al.

Case No.:1:22-cv-07111-JLR

## AFFIDAVIT OF SERVICE

STATE OF NY
COUNTY OF Kings ss

I, __Musab Nassar__ , being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On _7_/_4_,_2023_ at _12:40_ AM / (PM,) served **Vadim Komissarov** with the following list of documents:
**Summons & Complaint**

Said service was executed at: __255 W 85th Street, Apt # PH1__  __NY__  __NY__  __10024__
          **Address**                                            **City**     **State**     **Zip**

☒ Personally served.

☐ Adult family member with whom said Respondent resides.
Name: _____ Relationship: _____

☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.

☐ Manager/Clerk of place of lodging in which Respondent resides.

☐ Agent or person in charge of Respondent's office or usual place of business.
Name: _____ Title: _____

☐ Other: _____

Description of person process was left with:
Sex: _Male_  Skin: _White_  Hair: _Grey_  Age: _50-65_  Height: _5a-6ft_  Weight: _over 200_

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ **Unknown at Address**    ☐ **Moved, Left no Forwarding**    ☐ **Vacant**    ☐ **No Answer - Several Attempts**

☐ **Address Does Not Exist**  ☐ **Other** _____

Service Attempts: (1) _____ (2) _____ (3) _____ (4) _____
              Date      Time        Date      Time        Date      Time        Date      Time

Comments: _____

_Musab Nassar_
(Signature)
On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P208417

**PROOF OF SERVICE**

I hereby certify that on this 6th day of July 2023, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


_s/ Casey E. Sadler_
Casey E. Sadler