**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE LOTTERY.COM, INC.
SECURITIES LITIGATION

Case No. 22 Civ. 07111 (JLR)

**DECLARATION OF CASEY E. SADLER IN SUPPORT OF PLAINTIFFS'**
**MEMORANDA OF LAW IN OPPOSITION TO DEFENDANTS**
**KATHRYN LEVER'S AND VADIM KOMISSAROV'S**
**MOTIONS TO DISMISS**

I, Casey E. Sadler, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner of the law firm Glancy Prongay & Murray LLP, attorneys for Lead Plaintiffs RTD Bros LLC, Todd Benn, Tom Benn, and Tomasz Rzedzian (collectively, "Lead Plaintiffs") and Lead Counsel for the Class in the above-captioned matter.

2.      I make this Declaration in support of (i) Plaintiffs' Opposition to Defendant Vadim Komissarov's Motion to Dismiss the Amended Class Action Complaint; and (ii) Plaintiffs' Opposition to Defendant Kathryn Lever's Motion to Dismiss the Amended Class Action Complaint.  Exhibits 1 through 6 are referenced in Plaintiffs' Opposition to Defendant Vadim Komissarov's Motion to Dismiss the Amended Class Action Complaint.  Exhibits 7 through 14 are referenced in Plaintiffs' Opposition to Defendant Kathryn Lever's Motion to Dismiss the Amended Class Action Complaint.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Trident Acquisition Corp.'s Form 8-K (Current Report) filed with the U.S. Securities and Exchange Commission ("SEC") on November 4, 2021, and Trident Acquisitions Corp.'s February 22, 2021 press release

1

titled "Lottery.com, a Leading Platform to Play the Lottery Online, Enters into Definitive Agreement with Trident Acquisitions Corp. to Become Publicly Traded."

4.    Attached hereto as **Exhibit 2** is a true and correct copy of Trident Acquisition Corp.'s Form 8-K (Current Report) filed with the SEC on April 6, 2021, and Lottery.com Inc.'s concurrently published April 5, 2021 press release titled "Lottery.com Acquires Sports.com Domain Signaling Expansion into Sports Betting."

5.    Attached hereto as **Exhibit 3** is a true and correct copy of Trident Acquisition Corp.'s Form 8-K (Current Report) filed with the SEC on June 9, 2021, and Lottery.com Inc.'s concurrently published June 9, 2021 press release titled "Lottery.com and Win Together Announce Launch of Clean Oceans Campaign, a Charitable Sweepstakes Aimed at Eliminating Ocean Plastics."

6.    Attached hereto as **Exhibit 4** is a true and correct copy of Lottery.com Inc.'s October 21, 2021 press release titled "Lottery.com Announces Strong Preliminary Third Quarter 2021 Revenues Expected to Range Between $22 Million and $24 Million."

7.    Attached hereto as **Exhibit 5** is a true and correct copy of the affidavit of service in *McDonald v. Lottery.com, Inc., et al.*, No. 22 Civ. 01025 (W.D. Tex.) (the "*McDonald* Action") dated November 1, 2022.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of the complaint filed in the *McDonald* Action on October 11, 2022.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of Lottery.com Inc.'s Form 8-K (Current Report) filed with the SEC on September 9, 2022.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt from Trident Acquisition Corp.'s Proxy Statement and Prospectus filed with the SEC on October 18, 2021.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of Lottery.com Inc.'s Form 8-K (Current Report) filed with the SEC on March 14, 2022.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of Lottery.com Inc.'s Schedule 14A (Proxy Statement) filed with the SEC on April 28, 2022.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of Lottery.com Inc.'s Form 8-K (Current Report) filed with the SEC on November 15, 2021.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of Lottery.com Inc.'s Form 8-K/A (Amended Current Report) also filed with the SEC on November 15, 2021.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of Lottery.com Inc.'s Form 8-K (Current Report) filed with the SEC on March 31, 2022.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of Lottery.com Inc.'s Form 8-K (Current Report) filed with the SEC on May 16, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 30th day of October, 2023, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler

3

## **PROOF OF SERVICE**

I hereby certify that on this 30th day of October, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Casey E. Sadler*
Casey E. Sadler
