# EXHIBIT 5

| Attorney or Party without Attorney:<br>Joe Kendall, Esq., Bar #11260700<br>Kendall Law Group, PLLC<br>3811 Turtle Creek Blvd.<br>Suite 1450<br>Dallas, TX 75219<br>Telephone No: 214-744-3000    FAX No: 214-744-3015 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court - Western District Of Texas | | | | | |
| Plaintiff(s): Matthew K. McDonald, et al | | | | | |
| Defendant: Lottery.com, Inc., et al | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV01025LY | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Order Transferring the case to Judge Lee Yeakel

3. a. Party served:  Vadim Komissarov
   b. Person served:  Vadim Komissarov, Personally

4. Address where the party was served:  255 West 85th Street, Unit 1AB
   New York, NY 10024

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat., Oct. 29, 2022 (2) at: 12:10PM

7. **Person Who Served Papers:**
   a. Michael Keating
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

11/01/2022
(Date)

(Signature)

8. STATE OF NEW YORK, COUNTY OF New York

Subscribed and sworn to (or affirmed) before me on this 1ST day of November, 2022 by Michael Keating

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Notary Signature)

STEVEN MITCHELL
Notary Public, State of New York
Reg. No.01-MI-6326046
Qualified in New York County
Commission Expires June 8, 20 23

AFFIDAVIT OF SERVICE
Summons and Complaint

joken.240151