**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 1:22-cv-7111-JLR |

**DECLARATION OF AARON BRECHER IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL**

I, Aaron Brecher, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an associate with the law firm of Orrick, Herrington, and Sutcliffe LLP ("Orrick").  I submit this declaration in support of my motion to withdraw as *pro hac vice* counsel for Defendants Matthew Clemenson and Ryan Dickinson.

2.      Defendants Matthew Clemenson and Ryan Dickinson will continue to be represented in this action by Franklin Monsour who is no longer employed with Orrick.

3.      I am not asserting a retaining or charging lien in connection with this action.

4.      Accordingly, my withdrawal will not cause or result in any delay or prejudice given the ongoing representation of Mr. Clemenson and Mr. Ryan Dickinson by Mr. Monsour.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: Seattle, Washington
May 21, 2024


/s/ *Aaron Brecher*
Aaron Brecher