

Casey E. Sadler
Telephone: (310) 201-9150
csadler@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067

May 22, 2024

**VIA ECF**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *In re: Lottery.com, Inc. Sec. Lit..*, 1:22-cv-07111-JLR (S.D.N.Y.)

Dear Judge Rochon:

We represent Court-appointed Lead Plaintiffs RTD Bros LLC, Todd Benn, Tom Benn, and Tomasz Rzedzian ("Lead Plaintiffs") in connection with the above-referenced action. In accordance with the Court's order on March 12, 2024 (ECF No. 139), we write to notify the Court that the Parties did not mediate as they had expected and that Lead Plaintiffs will file an amended complaint within 21 days of the submission of this letter.

On March 11, 2024, the parties informed the Court that they had agreed to seek resolution of the action with the assistance of a mediator and requested a stay while they engaged in that mediation process. *See* ECF No. 138. The Court granted the request on March 12, 2024 and requested an update by May 24, 2024, if not earlier. ECF. No. 139. The Parties agreed on a mediator, and counsel for Lead Plaintiffs provided available mediation dates to counsel for Lottery.com. Despite counsel for Lead Plaintiffs' efforts, Defendants have not been willing to confirm a mediation date.

As such, Lead Plaintiffs request that the stay be lifted, permitting them to file an amended complaint within 21 days of this letter.[1] The amended complaint will include new allegations from a Bloomberg investigative report entitled, "From SPAC Dreams to Riviera Mirage: How Lottery.com Imploded." The investigative report, *inter alia*, further confirms many of the Lead Plaintiffs' allegations, discloses that the Securities and Exchange Commission and Department of Justice are investigating the company, and explains that Lottery.com was knowingly flouting lottery regulations and relevant laws. As the article in relevant part explains:

---

[1] Defendants have previously agreed to this schedule. ECF No. 138 ("If the mediation process does not result in a settlement between Plaintiffs and Defendants, the Parties will inform the Court within 14 days of the mediation that it was unsuccessful and Defendants have agreed pursuant to Fed. R. Civ. P. 15(a)(2) that Plaintiffs shall be permitted to file an amended complaint within 21 days thereafter.").

Hon. Jennifer L. Rochon
May 22, 2024
Page 2

"We are breaking the law in 42 different ways," one board member said at a June 2022 meeting, according to a transcript obtained by Bloomberg Tax.

"I am without words. The potential for Homeland Security, AML, and all the other things that come into play is beyond breathtaking," the board member said, referring to anti-money laundering laws.

We appreciate the Court's continued attention to this matter.

Respectfully submitted,

*/s/ Casey E. Sadler*
Casey E. Sadler

cc:    All Counsel of Record (via ECF)

Given the failure by the parties to mediate, the Court grants Lead Plaintiffs' motion to lift the stay in place in No. 22-cv-07111. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) (whether to stay proceedings is a matter within the "broad discretion" of district courts). Lead Plaintiffs shall file an amended complaint by **June 12, 2024**. Also, by **May 29, 2024**, Harold M. Hoffman (the plaintiff in the related case, No. 22-cv-10764) shall advise the Court as to whether he would also like the stay to lifted in his case.

Dated: May 22, 2024          **SO ORDERED.**
        New York, New York

_____
**JENNIFER L. ROCHON**
**United States District Judge**