

**mwe.com**

Franklin Monsour
Attorney at Law
fmonsour@mwe.com
+1 212 547 5554

June 24, 2024

The requested extensions to the briefing schedule are GRANTED.

**SO ORDERED.**

Dated: June 25, 2024
New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:     *In re Lottery.com Securities Litigation* **(SDNY Case No. 1:22-cv-07111-JLR)**
        **Letter Motion for Unopposed Extension of Time to Respond to Amended Complaints**

Dear Judge Rochon:

We represent defendants Matthew Clemenson and Ryan Dickinson in the above referenced matter. Pursuant to Rule 1(A) and 1(F) of the Court's Individual Rules of Practice, we write on behalf of <u>all Defendants jointly</u>—including Lottery.com *f.k.a.* Trident Acquisitions Corp., Lawrence Anthony "Tony" DiMatteo III, and Vadim Komissarov (collectively, "Defendants")—to respectfully request that the Court set the briefing schedule below for responding to the amended complaints in this matter. Counsel for the Class Plaintiffs and *pro se* plaintiff Harold Hoffman ("Hoffman," and together with Class Plaintiffs, "Plaintiffs") consent to this request, including the extension for their response.

On June 5, 2024 (ECF 151), the Court, in its discretion, extended the deadline for Defendants to respond to Plaintiffs' amended complaints to July 2, 2024, to keep the consolidated cases on a single briefing schedule. Class Plaintiffs filed their Third Amended Complaint on June 12, 2024 (ECF 153) and Hoffman filed his Second Amended Complaint on June 18, 2024 (ECF 154) (the "Amended Complaints").

Defendants seek a 10-day extension until July 12, 2024, to answer or otherwise respond to the Amended Complaints, with any response by Plaintiffs due by August 8, 2024, and any reply by Defendants due by August 22, 2024.

This is the first request for an extension of time to respond to the operative Amended Complaints, ECF 153 and 154. The requested extension does not affect any other scheduled dates in this matter.



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

Hon. Judge Rochon
June 24, 2024
Page 2

Accordingly, Defendants respectfully request that the Court extend the time to respond to Plaintiffs'
Amended Complaints and set the briefing schedule above.

Respectfully,



*/s/ Franklin Monsour Jr.*   _____
Franklin Monsour Jr.

cc:      Counsel of record via ECF

