**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 1:22-cv-07111 (JLR)<br><br>***ORAL ARGUMENT REQUESTED*** |

**DEFENDANT ANTHONY DIMATTEO'S MOTION TO DISMISS**
**PLAINTIFF HAROLD M. HOFFMAN'S SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendant Anthony DiMatteo hereby respectfully moves this Court, through the undersigned counsel, before the Honorable Jennifer L. Rochon, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by the Court, for an order dismissing Plaintiff Harold M. Hoffman's Second Amended Complaint (ECF 154) in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 (PSLRA), because the Second Amended Complaint fails to state a claim upon which relief can be granted.[1]

This Motion is supported by the accompanying Memorandum of Law, dated July 12, 2024.

Per the Court's June 25, 2024 Order (ECF 159), Mr. Hoffman's opposition to this Motion is due **August 8, 2024** and Mr. DiMatteo's reply is due **August 22, 2024**.

Dated: July 12, 2024

Respectfully Submitted,

/s/ *Tara N. Tighe*
Tara N. Tighe (*pro hac vice*)
Danny C. Onorato (*pro hac vice*)
Schertler Onorato Mead & Sears LLP
555 13th Street, N.W. | Suite 500 West
Washington, DC 20004
ttighe@schertlerlaw.com
donorato@schertlerlaw.com
Phone: (202) 628-4199 | Fax: (202) 628-4177
*Counsel for Defendant Anthony DiMatteo*

---

[1] Defendant DiMatteo adopts and incorporates by reference the motions filed by the other Defendants in this action to dismiss Plaintiff Harold M. Hoffman's Second Amended Complaint.

## CERTIFICATE OF SERVICE

I, the undersigned, certify as follows:

I am not a party to the above case, and I am over 18 years old.

On July 12, 2024, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will serve automatic electronic notice of this filing to all counsel of record in this case.

I affirm under penalty of perjury that the foregoing is true and correct.


/s/ *Tara N. Tighe*
Tara N. Tighe

2