Jay K. Musoff (jmusoff@loeb.com)
John Piskora (jpiskora@loeb.com)
Alex Inman (ainman@loeb.com)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
*Attorneys for Defendant Vadim Komissarov*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                                          :
IN RE LOTTERY.COM, INC. SECURITIES    :    Case No. 1:22-cv-07111-JLR
LITIGATION                                                :
                                                          :
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the annexed memorandum of law, dated July 12, 2024; the Declaration of John Piskora, Esq., dated July 12, 2024 (with exhibits thereto); and all prior proceedings had herein, Defendant Vadim Komissarov, by his counsel Loeb & Loeb LLP, hereby moves this Court before the Honorable Jennifer L. Rochon, United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 20B, New York, NY 10007, at a date and time to be determined and set by the Court, for the entry of an Order dismissing Plaintiffs' Third Amended Class Action Complaint and each cause of action alleged therein as against Mr. Komissarov with prejudice for failure to state a legally-viable claim pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the heightened pleading requirements imposed by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4).

**PLEASE TAKE FURTHER NOTICE** that pursuant the Court's directives [Dkt. No. 159], opposition papers to the motion shall be filed with the Court on or before August 8, 2024, and reply papers shall be filed with the Court on or before August 22, 2024.

Dated:  July 12, 2024

**LOEB & LOEB LLP**

By: */s/ Jay K. Musoff*
    Jay K. Musoff
    John Piskora
    Alex Inman
    345 Park Avenue
    New York, New York 10154
    (212) 407-4000

*Attorneys for Defendant*
*Vadim Komissarov*

2