**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

IN RE LOTTERY.COM, INC. SECURITIES
LITIGATION

          :  Case No. 1:22-cv-07111-JLR
          :
          :  **DECLARATION OF**
          :  **JOHN PISKORA**
          :

----------------------------------------------------------X

I, JOHN PISKORA, hereby declare as follows:

1. I am a partner of Loeb & Loeb LLP, attorneys for Defendant Vadim Komissarov in this action. I am fully familiar with the matters asserted herein and respectfully submit this declaration in support of Mr. Komissarov's motion for the entry of an Order dismissing Plaintiffs' Third Amended Class Action Complaint and each cause of action alleged therein as against Mr. Komissarov with prejudice for failure to state a legally-viable claim pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the heightened pleading requirements imposed by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4).

2. Attached as **Exhibit 1** is a true and correct copy of the Plaintiffs' Third Amended Class Action Complaint [Dkt. No. 153], filed in this action on June 12, 2024.

3. Attached as **Exhibit 2** is a true and correct copy of the October 18, 2021 Proxy Statement (as defined in Plaintiffs' Third Amended Class Action Complaint, Ex. 1 at ¶ 7).

4. Attached as **Exhibit 3** is a true and correct copy of Exhibit 99.2 to Lottery.com, Inc.'s November 15, 2021 Form 8-K.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct.

Dated: July 12, 2024

                                     */s/ John Piskora*
                                        John Piskora