**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

IN RE LOTTERY.COM, INC. SECURITIES
LITIGATION

          :   Case No. 1:22-cv-07111-JLR

          :

          :   **DECLARATION OF**
          :   **JOHN PISKORA**

          :

----------------------------------------------------------X

I, JOHN PISKORA, hereby declare as follows:

1.      I am a partner of Loeb & Loeb LLP, attorneys for Defendant Vadim Komissarov in this action. I am fully familiar with the matters asserted herein and respectfully submit this declaration in support of Mr. Komissarov's motion for the entry of an Order dismissing Plaintiff Harold Hoffman's Second Amended Complaint and each cause of action alleged therein as against Mr. Komissarov with prejudice for lack of personal jurisdiction and insufficient service of process pursuant to Federal Rules of Civil Procedure 12(b)(2) and (5), and failure to state a legally-viable claim pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the heightened pleading requirements imposed by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4).

2.      Attached as **Exhibit 1** is a true and correct copy of the Plaintiff Hoffman's Second Amended Complaint [Dkt. No. 154], filed in this action on June 18, 2024.

3.      Attached as **Exhibit 2** is a true and correct copy of the October 18, 2021 Proxy Statement (as defined in Plaintiff Hoffman's Second Amended Complaint, Ex. 1 at ¶ 7).

4.      Attached as **Exhibit 3** is a true and correct copy of Plaintiff Hoffman's "Certification of Service of Process" [Dkt. No. 157], filed in this action on June 21, 2024. Contrary to the statements made therein, I was not personally served by Mr. Hoffman with a copy of the Summons directed to Mr. Komissarov or Mr. Hoffman's Second Amended Complaint on June 21,

2024 or on any other day. To the contrary, on June 21, 2024, Mr. Hoffman attempted to serve these papers by delivering them to the mail room/delivery room of the building where Loeb & Loeb LLP maintains its New York office. I never informed Mr. Hoffman that I had been designated by Mr. Komissarov as an agent to accept service of process.

5.    Attached as **Exhibit 4** is a true and correct copy of Exhibit 99.2 to Lottery.com, Inc.'s November 15, 2021 Form 8-K.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct.

Dated:  July 12, 2024

*/s/ John Piskora*

John Piskora