# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE LOTTERY.COM, INC.
SECURITIES LITIGATION

Case No. 1:22-cv-07111-JLR

**CERTIFICATION OF
SERVICE OF PROCESS**

     **HAROLD M. HOFFMAN**, certifies under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

     I am admitted to practice before this honorable Court.

     On June 21, 2024, at 11:50 AM, I served (i) the Court-Issued Summons along with (ii) my 2nd Amended Complaint upon Defendant Vadim Komissarov by personal delivery of said documents to Mr. Komissarov's attorney of record in this consolidated action, John A. Piskora Esq., at Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2024.

s/ Harold M. Hoffman