**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: LOTTERY.COM, INC. SECURITIES LITIGATION | Civil Action No.: 1:22-cv-07111 (JLR)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF HAROLD M. HOFFMAN'S SECOND AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE,** that Defendant Lottery.com, Inc., ("Lottery.com") respectfully moves for an order dismissing Plaintiff Harold M. Hoffman's Second Amended Complaint [ECF No. 154] (the "SAC") as to Lottery.com, with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 78 U.S.C. §78u-4, because the SAC fails to state a claim against Lottery.com upon which relief can be granted. This Motion is supported by the accompanying Memorandum of Law, dated July 12, 2024, and the Declaration of Amar Ali dated July 12, 2024.

7768584

**PLEASE TAKE FURTHER NOTICE**, that oral argument, if any, will be held on a date and at a time to be designated by the court.

Dated:  New York, New York
        July 12, 2024

                                        Respectfully submitted,

                                        **KELLY HART & HALLMAN LLP**
                                        Lars L. Berg, *Admitted Pro Hac Vice*
                                        Texas State Bar No. 00787072
                                        lars.berg@kellyhart.com
                                        201 Main Street, Suite 2500
                                        Fort Worth, Texas 76102
                                        Telephone: (817) 878-3503
                                        Facsimile: (817) 878-9280
                                        */s/ Lars L. Berg*


                                        **PORZIO, BROMBERG & NEWMAN, P.C.**
                                        Steven P. Benenson
                                        State Bar No.: 5878773
                                        SPBenenson@pbnlaw.com
                                        1675 Broadway, Suite 1810
                                        New York, NY  10019
                                        (212) 265-6888 phone
                                        (212) 957-3983 fax
                                        */s/ Steven P. Benenson*
                                        *Counsel for Defendant*
                                        *Lottery.com, Inc.*

2

7768584

## **CERTIFICATE OF SERVICE**

I certify that on July 12, 2024, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will send automatic electronic notice to all counsel of record in this case.

*/s/ Steven P. Benenson*
Steven P. Benenson

3

7768584