**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: LOTTERY.COM, INC. SECURITIES LITIGATION | Civil Action No.: 1:22-cv-07111 (JLR) <br><br> **NOTICE OF MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE** that Defendant Lottery.com, Inc. ("Lottery.com") respectfully moves this Court, before the Honorable Jennifer L. Rochon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, for an order dismissing the Third Amended Class Action Complaint [ECF No. 153] (the "TACAC") as to Lottery.com, with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 78 U.S.C. §78u-4, because the TACAC fails to state a claim against Lottery.com upon which relief can be granted. This Motion is supported by the accompanying Memorandum of Law, dated July 12, 2024, and the Declaration of Amar Ali dated July 12, 2024 [ECF No. 78].

7768581

**PLEASE TAKE FURTHER NOTICE**, that oral argument, if any, will be held on a date and at a time to be designated by the court.

Dated: New York, New York
July 12, 2024

Respectfully submitted,

**KELLY HART & HALLMAN LLP**
Lars L. Berg, *Admitted Pro Hac Vice*
Texas State Bar No. 00787072
lars.berg@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 878-3503
Facsimile: (817) 878-9280
*/s/ Lars L. Berg*

**PORZIO, BROMBERG & NEWMAN, P.C.**
Steven P. Benenson
State Bar No.: 5878773
SPBenenson@pbnlaw.com
1675 Broadway, Suite 1810
New York, NY  10019
(212) 265-6888 phone
(212) 957-3983 fax
*/s/ Steven P. Benenson*
*Counsel for Defendant*
*Lottery.com, Inc.*

2

7768581

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 12, 2024, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will send automatic electronic notice to all counsel of record in this case.

*/s/ Steven P. Benenson*
Steven P. Benenson

3

7768581