UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE LOTTERY.COM, INC. SECURITIES
LITIGATION

Case No. 1:22-cv-07111 (JLR)

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of their Motion to Dismiss the Third Amended Class Complaint (ECF 153) dated June 12, 2024, and the Second Amended Hoffman Complaint (ECF 154), dated June 18, 2024, Defendants Matthew Clemenson and Ryan Dickinson will move this court, before the honorable Jennifer L. Rochon, at the United States District Court for the Southern District of New York, on a time and date to be determined by the Court, for an Order dismissing all claims against Defendants Clemenson and Dickinson under the Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u4.

Dated:  New York, New York

July 12, 2024

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By:  *s/Franklin Monsour Jr.*

Franklin Monsour Jr.
Kenton Atta-Krah
Christopher J. Whalen
One Vanderbilt Avenue,
New York, NY 10017
Tel: (212) 547-5400
fmonsour@mwe.com
Katta-krah@mwe.com
chwhalen@mwe.com

*Attorneys for Defendants*
*Matthew Clemenson and Ryan Dickinson*