**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: LOTTERY.COM, INC. SECURITIES LITIGATION | Civil Action No.: 1:22-cv-07111 (JLR) <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY )
 )ss.:
COUNTY OF MORRIS )

**PATRICIA A. FEENEY**, being duly sworn states as follows:

1.    I am a Paralegal with Porzio, Bromberg & Newman, PC, ("Porzio), which serves as local counsel for defendant Lottery.com in the above-referenced securities fraud class action.

2.    On January 9, 2025, pursuant to Joint Local Civil Rule 1.4(b), I served the Letter Memorandum, Affidavit of Lars L. Berg, Esq., Affidavit of Steven P. Benenson, Esq., and Proposed Order in Support of the Joint Motion of Kelly Hart & Hallman LLP, Inc., and Porzio to Withdraw as Counsel For Defendant Lottery.com, through ECF on all parties of record and by Federal Express and e-mail a copy of the filed papers on:

> Amar Ali
> Acting General Counsel
> Lottery.com
> 5656 N. Central Expy. #401
> Dallas TX 75206
> Amarali1978@gmail.com

Patricia A. Feeney

1

7948109

Subscribed and sworn before me on January  9 , 2025


_____
(notary public signature)


_____
(notary public name)

DEBRA M. MIGLIORE
A Notary Public of New Jersey
My Commission Expires March 10, 2026

2

7948109