**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: LOTTERY.COM, INC. SECURITIES LITIGATION | Civil Action No.: 1:22-cv-07111 (JLR) |
| | **ORDER** |

**THIS MATTER** having been brought before the Court on  joint motion of Kelly Hart & Hallman LLP, Inc. ("Kelly Hart") and Porzio, Bromberg & Newman, PC ("Porzio") under Loc. Civ. R. 1.4 to withdraw as counsel for defendant Lottery.com in the above-referenced consolidated matter, and the Court having reviewed and considered the supporting Affidavits of Lars L. Berg, Esq. and Steven P. Benenson, Esq., and their letter memorandum, and for good cause shown;

**IT IS**, on this __ day of_____, 2025,

**ORDERED** that the joint motion of Kelly Hart and Porzio be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED THAT:**

1) Kelly Hart and Porzio, and the individual lawyers in their firms, are hereby relieved and discharged from any further representation of Lottery.com in these matters, and shall make no further appearances on its behalf.

2) The clerk of the Court shall remove from the ECF notification system any attorneys from these firms that have previously appeared.

3) Neither Kelly Hart nor Porzio shall exercise a retaining or charging lien in this action .

**SO ORDERED:**


Dated:_____          _____

Hon. Jennifer L. Rochon, U.S.D.J.


7937835