

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA

PRINCETON, NJ • SAN JUAN, PR • WESTBOROUGH, MA • WILMINGTON, DE

STEVEN P. BENENSON
MEMBER, NJ, NY AND DC BARS
DIRECT DIAL NO.: 973-889-4339
E-MAIL ADDRESS:  SPBENENSON@PBNLAW.COM

January 15, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *In re Lottery.com Inc. Securities Litigation,* 1:22-cv-07111 (JRL) (S.D.N.Y.)

Dear Judge Rochon:

In accordance with Your Honor's directives [ECF Nos. 212 & 213] and Individual Rule 2(B), please allow this letter to serve as the appearance sheet for the hearing on Friday, January 17, 2025 at 12:30 pm on our Joint Motion to Withdraw as Counsel for Lottery.com.

Please include the following counsel on the Teams invitation:

Party:  Movant, Kelly Hart & Hallman LLP

Attorney:  Lars Berg
Email:  lars.berg@kellyhart.com
Phone:  (817) 878-3524

Party:  Movant, Porzio Bromberg & Newman, PC
Attorney:  Steven P. Benenson
Email:  spbenenson@pbnlaw.com
Phone:  (973) 222-5339

Party:  Corporate representative of Lottery.com
Attorney:  Amar Ali, Acting General Counsel
Email:  amarali1978@gmail.com
Phone:  (214) 682-6835

**ATTORNEYS AT LAW**

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

7952739



Party:  Lead Plaintiffs
Attorney:  Casey Sadler
Email:  casadler@glancylaw.com
Phone:  917-250-5560

Party:  Lead Plaintiffs
Attorney:  Kevin Ruf
Email:  kruf@glancylaw.com
Phone:  310-403-8875

*Pro se* Plaintiff, Harold Hoffman, will attend via the public listen-only line.

Respectfully submitted,

s/Steven P. Benenson

Steven P. Benenson

SPB/dmm

cc:  All Counsel of Record (via ECF)
     Lottery.com General Counsel (via email)

7952739