

Casey E. Sadler
Telephone: (310) 201-9150
csadler@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067

January 15, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re:  *In re: Lottery.com, Inc. Sec. Lit.*, 1:22-cv-07111-JLR (S.D.N.Y.)

Dear Judge Rochon:

   We represent Court-appointed Lead Plaintiffs RTD Bros LLC, Todd Benn, Tom Benn, and Tomasz Rzedzian ("Lead Plaintiffs") in connection with the above-referenced action. We submit this brief response in response to the Court's order dated January 10, 2025 (ECF No. 212) concerning the Joint Motion for Lars L. Berg, Esq. and Steven P. Benenson, Esq. to Withdraw as Attorney for Lottery.com (ECF No. 207).

   We have reviewed the publicly filed motion to withdraw. We take no position with respect to the merits of the motion, which does not impact the representation of the remaining Defendants.[1] If the request to withdraw is granted, we respectfully submit that Lottery.com has sufficient time to secure new counsel or have its general counsel prepare to appear at the motion to dismiss hearing currently scheduled for February 12, 2025. *See* ECF No. 200. In addition, we respectfully submit that, while Lottery.com's inability or refusal to pay its counsel is a recurring concern,[2] it should not delay Lead Plaintiffs' efforts to recover on behalf of the putative class.

   We appreciate the Court's consideration of this response and are available to address any questions that the Court may have regarding its substance.

         Respectfully submitted,

          */s/ Casey E. Sadler*
         Casey E. Sadler

cc:  All Counsel of Record (via ECF)

---

[1] In addition to Lottery.com, Defendants include Matthew Clemenson, Anthony DiMatteo, Ryan Dickinson, and Vadim Komissarov.

[2] *See* "Memorandum Of Law In Support Of Motion To Withdraw As Counsel Of Record," ECF No. 41 at 3 ("Here, Lottery has not paid Skadden over $3 million in fees it incurred over many months despite Skadden's repeated requests for payment.").