

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA

PRINCETON, NJ • SAN JUAN, PR • WESTBOROUGH, MA • WILMINGTON, DE

STEVEN P. BENENSON
MEMBER, NJ, NY AND DC BARS
DIRECT DIAL NO.: 973-889-4339
E-MAIL ADDRESS: SPBENENSON@PBNLAW.COM

February 10, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re:    *In re Lottery.com Inc. Securities Litigation,* 1:22-cv-07111 (JRL) (S.D.N.Y.)

Dear Judge Rochon:

     In accordance with Your Honor's directives [ECF No. 217] and Individual Rule 2(B), please allow this letter to serve as the appearance sheet for the hearing on Wednesday, February 12, 2025 at 11:00 am on defendants' motion to dismiss.

     Please include the following counsel on the Teams invitation:

     Party:  Defendant, Lottery.com
     Attorney:  Lars Berg
     Email:  lars.berg@kellyhart.com
     Phone:  (817) 878-3524

     Party:  Defendant, Lottery.com
     Attorney:  Steven P. Benenson
     Email:  spbenenson@pbnlaw.com
     Phone:  (973) 222-5339

     Party:  Plaintiff, Preston Million
     Attorney:  Michael Dell'Angelo
     Email:  mdellangelo@bm.net
     Phone:  215-875-3080

     Party:  Plaintiff, Harold Hoffman
     Attorney:  Harold M. Hoffman, pro se
     Email:  hoffman.esq@verizon.net
     Phone:  201-410-8223

ATTORNEYS AT LAW

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

7996934



Party:  Plaintiffs
Attorney:  Casey Sadler
Email:  casadler@glancylaw.com
Phone:  917-250-5560

Party:  Plaintiffs
Attorney:  Kevin Ruf
Email:  kruf@glancylaw.com
Phone:  310-403-8875

Party:  Defendant, Anthony DiMatteo
Attorney:  Danny C. Onorato
Email:  donorato@schertlerlaw.com
Phone:  202-628-4199

Party:  Defendant, Anthony DiMatteo
Attorney:  Tara Tighe
Email:  ttighe@schertlerlaw.com
Phone:  202-628-4199

Party:  Defendant, Vadim Komissarov
Attorney:  John A. Piskora
Email:  jpiskora@loeb.com
Phone:  212-407-4082

Party:  Defendants, Matthew Clemenson and Ryan Dickinson
Attorney:  Franklin Monsour, Jr.
Email:  fmonsour@mwe.com
Phone:  212-547-5554

Party:  Defendants, Matthew Clemenson and Ryan Dickinson
Attorney:  Kenton Atta-Krah
Email:  katta-krah@mwe.com
Phone:  212-547-5739

Party:  Defendants, Matthew Clemenson and Ryan Dickinson
Attorney:  Christopher Whalen
Email:  chwhalen@mwe.com
Phone:  212-547-5573



Respectfully submitted,

s/Steven P. Benenson

Steven P. Benenson

SPB/dmm

cc:  All Counsel of Record (via ECF)

7996934