

Casey E. Sadler
csadler@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

May 29, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *In re: Lottery.com, Inc. Sec. Litig.*, 1:22-cv-07111-JLR (S.D.N.Y.)

Dear Judge Rochon:

  We write on behalf of Lead Plaintiffs RTD Bros LLC, Todd Benn, Tom Benn, and Tomasz Rzedzian ("Class Plaintiffs"). We respectfully write (i) to apprise the Court of Defendants Matthew Clemenson and Ryan Dickinson pleading guilty to securities fraud and (ii) to request permission to file an amended complaint addressing relevant subsequent events.

  **Defendants Clemenson and Dickinson pled guilty to securities fraud.** On May 22, 2025, Clemenson, Lottery.com's former Chief Revenue Officer, and Dickinson, the Company's former President, Treasurer and Chief Financial Officer, pled guilty to making false and misleading statements of material fact in applications, reports, and documents required to be filed with the Securities Exchange Commission ("SEC") under the Securities Exchange Act of 1934 and the rules and regulations promulgated thereunder. *See* Exhibit 1, Superseding Information, *United States v. Clemenson*, No. 1:25-cr-00061-AKH (S.D.N.Y. May 22, 2025) (ECF No. 19); Exhibit 2, Superseding Information, *United States v. Dickinson*, No. 1:25-cr-00061-AKH (S.D.N.Y. May 22, 2025) (ECF No. 24).

  The Superseding Information filed in connection with their guilty pleas detail that from at least November 2020 to May 2022 Defendants Clemenson and Dickinson and others took part in a scheme to fraudulently inflate the reported revenue of AutoLotto Inc. and Lottery.com Inc., in connection with the business combination of AutoLotto and special purpose acquisition company, Trident Acquisitions Corp. *Id.* These are the same issues as in the instant action.

  Together with the criminal indictment of Defendant Vadim Komissarov ("Komissarov"), Class Plaintiffs respectfully submit that Defendants Clemenson and Dickinson's admissions of securities fraud – which directly track Class Plaintiffs' existing allegations – even further confirms Class Plaintiffs' claims. Specifically, two of the Defendants have now admitted that the proxy

Hon. Jennifer L. Rochon
May 29, 2025
Page 2

statement and other public statements were false and misleading and that they acted with scienter as to their issuance.  For example, Defendant Dickinson admitted while pleading guilty that:

> During the timeframe of November 2020 and May 2022, I was an executive of Lottery.com. In that capacity, I engaged in a scheme to fraudulently inflate AutoLotto's and Lottery.com's reported revenue. In so doing, I caused the SEC filings which contained misrepresentations at an inflated revenue to be filed. I also caused false and misleading statements to an accountant. At the time of these actions, I knew that they were wrong.

Likewise, Defendant Clemenson admitted that during the time period "Between November 2020 and May of 2022":

> I was an executive of Lottery.com. In that capacity, I engaged in a scheme to fraudulently inflate Lottery.com's revenue. In so doing, I caused SEC filings which contained misrepresentations and inflated revenue to be filed. At the time of these actions, I knew they were wrong.

**Class Plaintiffs seek leave to amend.**  We respectfully seek permission to file an amended complaint referencing the guilty pleas of Messrs. Clemenson and Dickinson to securities fraud. However, Class Plaintiffs believe that a more complete record needs to be established prior to filing an amended pleading.  For example, there is a June 11, 2025 status conference in Defendant Komissarov's criminal case, during which we understand the Government and Mr. Komissarov's attorneys will address, *inter alia*, violations of his conditional release.  *See generally United States v. Vadim Komissarov*, 25 Cr. 61 (AKH) (S.D.N.Y).

In light of these ongoing developments, Class Plaintiffs request thirty days to either (i) file a Fifth Amended Complaint; or (ii) provide a proposed deadline for the Fifth Amended Complaint in light of the proceedings in the criminal action. Class Plaintiffs respectfully submit that filing an amended complaint will promote judicial economy by ensuring that the Court is able to consider allegations relating to criminal guilty pleas when resolving anticipated motions to dismiss. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend a pleading] when justice so requires.").[1]

Under the existing briefing schedule, Defendants are required to file their anticipated renewed motions to dismiss on June 30, 2025.  *See* ECF No. 230.  Following the filing of the amended complaint, Class Plaintiffs submit that the Parties should meet-and-confer on a briefing

---

[1] *See In re Lottery.com, Inc. Sec. Litig.*, 765 F. Supp. 3d 303, 366 (S.D.N.Y. 2025) ("Since this information is not pleaded in the present complaints, the Court declines to consider the Indictment or any additional allegations raised therein in resolving the pending motions to dismiss.").

Hon. Jennifer L. Rochon
May 29, 2025
Page 3

schedule for Defendants' response, including whether certain Defendants' guilty pleas to securities fraud would obviate the need for renewed motion to dismiss briefing.

Class Plaintiffs attempted to confer with counsel for Defendants prior to submitting this request. Only counsel for Defendant Anthony DiMatteo responded to Class Plaintiffs, stating "we do not oppose your request provided we can agree to a briefing schedule using the same time frames for motions, oppositions, and replies that is currently in place."

We thank the Court's continued attention to this matter.

Respectfully submitted,

*/s/ Casey E. Sadler*
Casey E. Sadler
*Counsel for Class Plaintiffs*

cc:    All Counsel of Record (via ECF)