**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
:
IN RE LOTTERY.COM, INC.                                                  :
SECURITIES LITIGATION                                                    :
:                    No. 22 Civ. 07111 (JLR)
:
------------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the operative complaints in the above-captioned action; the Indictment and Superseding Informations in the criminal case *United States* v. *Vadim Komissarov*, *Matthew Clemenson*, and *Ryan Dickinson*, 25 Cr. 61 (AKH) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, and Justin V. Rodriguez, Assistant United States Attorney, will move this Court for an order authorizing intervention by the United States in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and staying this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated:  New York, New York
        September 4, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney

Justin V. Rodriguez
Assistant United States Attorney
Telephone: (212) 637-2591