**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                        :
IN RE LOTTERY.COM, INC.                                                 :
SECURITIES LITIGATION                                                   :
                                                                        :          No. 22 Civ. 07111 (JLR)
                                                                        :
------------------------------------------------------------------------x

WHEREAS, on September 4, 2025, the Government submitted a motion seeking to intervene in this action and seeking a complete stay, in light of the pendency of the criminal action *United States* v. *Vadim Komissarov*, *Matthew Clemenson*, and *Ryan Dickinson*, 25 Cr. 61 (AKH) (the "Criminal Case"), in which an Indictment and two Superseding Informations have been filed; and

WHEREAS, all partes to this action do not object to the complete stay sought by the Government; and

WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED.   It is further

**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED:


_____          _____
HONORABLE JENNIFER L. ROCHON                      DATE
UNITED STATES DISTRICT JUDGE