UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOTTERY.COM, INC. SECURITIES LITIGATION | Case No. 1:22-cv-07111 (JLR) |
| HAROLD M. HOFFMAN, <br>                 Plaintiffs, <br> -against- <br> LOTTERY.COM, INC., et al., <br>                 Defendants. | Case No. 1:22-cv-10764 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

WHEREAS, on September 4, 2025, the Government submitted a motion seeking to intervene in these actions and seeking a complete stay, in light of the pendency of the criminal action *United States v. Vadim Komissarov, Matthew Clemenson, and Ryan Dickinson*, 25 Cr. 61 (AKH) (the "Criminal Case"), in which an Indictment and two Superseding Informations have been filed, Dkts. 249, 250; and

WHEREAS, all partes to these actions do not object to intervention and the complete stay sought by the Government; and

WHEREAS, the Court finds that intervention and a complete stay in these actions is in furtherance of the interests of justice and will not prejudice any party; it is hereby

1

**ORDERED** that the Government's motion to intervene is GRANTED.  It is further **ORDERED** that these actions are STAYED in their entirety until the completion of the Criminal Case.

Dated: September 5, 2025
       New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge