**HAROLD M. HOFFMAN**
**ATTORNEY AND COUNSELOR AT LAW**

**240 GRAND AVENUE**
**ENGLEWOOD, NEW JERSEY 07631-4352** **T. (201) 410 - 8223**

**Member: New York & New Jersey Bars** **hoffman.esq@verizon.net**

July 16, 2026

***VIA ECF***

Honorable Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Lottery.com, Inc. Securities Litigation*, Case No. 1:22-cv-07111 (JLR)

Honorable Judge Rochon:

I am the *pro se* Plaintiff in this consolidated matter.

On June 16, 2025 (D.E. #241), the Court granted Class Plaintiffs leave to file a 5th Amended Complaint and also granted the undersigned leave to file a 4th Amended Complaint. Class Plaintiffs filed their 5th Amended Complaint on June 30, 2025 (D.E. #242), and the undersigned filed his 4th Amended Complaint on July 2, 2025 (D.E. #243).

On July 18, 2025 (D.E. #246), after Defendants' counsel conferred with counsel for the Class Plaintiffs and with the undersigned, the Court granted Defendants' request to respond to Class Plaintiffs' 5th Amended Complaint and my 4th Amended Complaint by September 8, 2025. However, on September 5, 2025, at the Government's request, the Court stayed both Class Plaintiffs' action and my action, which had previously been consolidated (Case No. 1:22-cv-07111 (JLR) and Case No. 1:22-cv-10764 (JLR)).

In an Order filed earlier today (D.E. #258), the Court lifted the stay; directed that it will continue to preside over this consolidated matter; and, directed the parties to "meet and confer and, by July 21, 2026, [to] propose a briefing schedule for Defendants' response to Plaintiffs' Fifth Amended Complaint." I believe that the Court wishes me to participate in this "meet and confer," and that it also wishes a proposed briefing schedule for Defendants' response to my 4th Amended Complaint. Therefore, I respectfully ask the

Court to file a minor modification to its Order of earlier today to provide for my participation in the "meet and confer" so that a briefing schedule can also be agreed with respect to my 4th Amended Complaint.

Respectfully submitted,

Harold M. Hoffman

cc: All Counsel via ECF

Request GRANTED. The parties' meet and confer (and their July 21, 2026 joint filing) shall include a proposed briefing schedule with respect to Plaintiff's Fourth Amended Complaint.

Dated: July 16, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**